# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CORI WILLIAMS

NO. 2019 KW 1265

NOV 1 2 2019

---

In Re: Cori Williams, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 09-06-0475.

---

**BEFORE:  WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

**WRIT DENIED.**

**VGW**
**JMG**
**WJC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT